IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr114-MHT
                            )            (WO)
DEONTA MARTEZ COLEY         )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Deonta Martez Coley to receive mental-health treatment in accordance with the detailed recommendations of Dr. Ashlee Zito. *See* Psych. Evaluation (Doc. 26-1) at 15. Such treatment shall begin with a psychiatric consultation to determine defendant Coley's psychotropic medication needs, if any. Treatment shall include, at least at the beginning, weekly sessions of individual psychotherapy (with a focus on achieving symptom

stability, developing adaptive coping skills, maintaining sobriety, addressing his executive dysfunction, processing distress surrounding his upbringing and past traumas, and improving his relationship with his mother).  The mental-health provider shall be someone with expertise and experience in treating depression and trauma.  Treatment shall also include family therapy, if possible, and anger management.

(2) The United States Probation Office shall notify the court when defendant Coley is released from the Bureau of Prisons so that the court can set a status conference to discuss how he is faring, revisit his conditions of release in light of any changes in his status or developments during his incarceration, and determine whether his conditions of supervision require modification to address his history of unlawfully possessing and discharging firearms.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Coley receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito, *see* Psych. Evaluation (Doc. 26-1).

DONE, this the 21st day of December, 2023.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE