IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr114-MHT |
| | ) | (WO) |
| DEONTA MARTEZ COLEY | ) | |

POST-RELEASE ORDER

Based on the representations made at an informal post-release meeting on September 2, 2026, with supervising probation officer and defendant Deonta Martez Coley, it is ORDERED that the supervising probation officer shall file a report on October 8, 2026, as to how defendant Deonta Martez Coley is faring, including whether he has been maintaining employment and meeting all other conditions of supervision (such as being assessed for psychotropic medication and attending mental-health counseling). The court previously indicated that it would set another post-release meeting, but, having now reconsidered the issue, has decided that another meeting is not needed. The court also concludes that

**the conditions of supervised release need not be modified at this time.**

**DONE, this the 9th day of September, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**